

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00271-CV

| | | |
|---|---|---|
| BLUESTONE NATURAL RESOURCES II, LLC, Appellant | § | On Appeal from the 355th District Court |
| v. | | |
| WALKER MURRAY RANDLE; STETSON MASSEY, JR.; JO ANN RANDLE MASSEY; SUNDANCE MINERALS, LP; DEBORAH LOU MARSHALL SCHERER; MARSHALL SCHERER RANCH, LP; SHERRY E. MARSHALL POMYKAL; MARSHALL POMYKAL RANCH, LP; ARDIS ELAINE MARSHALL; NANCY PUTTEET FISH; GARY M. PUTTEET; JAMES CALHOUN LANGDON, JR.; SANDRA WILSON LANGDON; JOSEPH STEADMAN LANGDON; AND KAREN RAE LANGDON, Appellees | § § § § | of Hood County (C2016258) |
| | | April 18, 2018 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant BlueStone Natural Resources II, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
　　Justice Dabney Bassel